Commonwealth, Appellant, *v.* McCrae et al.

Argued November 15, 1973. *George E. Anthou,* Assistant District Attorney, with him *Jess D. Costa,* District Attorney, for Commonwealth, appellant; *Arnold W. Hirsch,* with him *D. Keith Melenyzer,* for appellees.

Order affirmed.

WRIGHT, P. J., dissents.

SPAULDING, J., absent.

Commonwealth *v.* Mandrier, Appellant.

Submitted November 12, 1973. *Stephen P. Swem* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

The six judges who heard this appeal being equally divided the order is affirmed.

SPAULDING, J., absent.